[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14692
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00452-VMC-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENZO LAWON AVERY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 29, 2013)

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Lorenzo Lawon Avery in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Avery's conviction and sentence are **AFFIRMED**.